■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GLORIA RODRIGUEZ, Also Known as MARIA PEREIRA, Appellant. [595 NYS2d 319] —Appeal by the defendant from two judgments of the Supreme Court, Queens County (Thomas, J.), both rendered May 21, 1991, convicting her of criminal sale of a controlled substance in the third degree (two counts; one as to each indictment), upon her pleas of guilty, and imposing sentences.

Ordered that the judgments are affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Mangano, P. J., Sullivan, O'Brien, Ritter and Pizzuto, JJ., concur.